James Edward BLANCK, an individual,
Plaintiff–Counter Defendant–
Appellant,

v.

ALTAMONTE SPRINGS POLICE DE-
PARTMENT, an agency of the State
of Florida, et al., Defendants,

Kevin Acosta, in his individual and offi-
cial capacity, James Wolfe, in his indi-
vidual and official capacity, Justin
Lemieux, in his individual and official
capacity, Carl Rentfro, in his individu-
al and official capacity, Michelle
Chapman, an individual, et al., Defen-
dants–Appellees,

Daniel Smith, an individual,
Defendant–Counter
Claimant.

No. 12–14938.

United States Court of Appeals,
Eleventh Circuit.

Sept. 24, 2013.

Eric A. Lanigan, Roddy Bisgaard Lani-
gan, Lanigan & Lanigan, PL, Winter Park,
FL, for Plaintiff–Counter Defendant–Ap-
péllant.

S. Renee Lundy, Lamar D. Oxford,
Dean Ringers Morgan & Lawton, PA, Or-
lando, FL, John A. Makholm, The Mak-
holm Law Group, Saint Petersburg, FL, G.
William Bissett, Jr., Miami, FL, Gregory
Joseph Prusak, Kubicki Draper, Orlando,
FL, Marc Phillip Ossinsky, Glen John Iof-
fredo, Ossinsky & Cathcart, PA, Winter
Park, FL, for Defendants–Appellees.

Michelle Chapman, Roper & Roper, PA,
Apopka, FL, pro se.

Michael E. Long Brewerlong, Maitland,
FL, for Defendant–Counter Claimant.

Before BARKETT, MARCUS, and
HILL, Circuit Judges.

PER CURIAM:

Having reviewed the record and consid-
ered oral argument of the parties, we af-
firm the district court in all respects relat-
ed to this appeal for the reasons stated by
the district court.

AFFIRMED.